UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JODY CRUZ, MICHELLE ROBICHAUX, and BRETT PLOWFIELD, individually and on behalf of all others similarly situated,<br><br>                              Plaintiffs,<br><br>v.<br><br>PROGENESIS, INC.,<br><br>                              Defendant. | Case No.:  3:24-cv-01789-BJC-AHG<br><br>**ORDER CONTINUING DISCOVERY CONFERENCE** |

The Court held a discovery conference on February 5, 2026, and provided guidance to the parties regarding their discovery disputes. ECF No. 76. The Court scheduled a follow-up discovery conference for April 15, 2026, and required the parties to email a joint update in advance of the conference. ECF No. 77. On April 13, 2026, the Court received the parties' joint update, in which the parties represented that they "resolved their discovery disputes for the present." Email to Chambers (Apr. 13, 2026, at 10:39 AM). The parties

also represented that they were working together on an ESI protocol. *Id*. As such, the Court continued the conference to June 10, 2026, and required another joint status report. ECF No. 78. On June 4, 2026, the parties updated the Court that they "are continuing to meet and confer in an attempt to reach an agreement on an ESI protocol and related search terms for additional document productions" and requested more time to do so. Email to Chambers (June 4, 2026, at 1:23 PM).

The Court appreciates that the parties are working together and orders the following:

1.    The Discovery Conference set for June 10, 2026, is **RESET** for **August 12, 2026** at **9:00 a.m.** before the Honorable Allison H. Goddard *via videoconference*. If the parties' disputes are resolved through their meet and confer efforts, the Court will take the Discovery Conference off calendar.

    A.    Upon receipt of the parties' joint email (*see* ¶ 2), if the conference remains on calendar, court staff will send the Zoom invitation to counsel of record.

    B.    All participants shall display the same level of professionalism during the Discovery Conference and be prepared to devote their full attention to the conference as if they were attending in person, i.e., cannot be driving or in a car while speaking to the Court. Because Zoom may quickly deplete the battery of a participant's device, each participant should ensure that their device is plugged in or that a charging cable is readily available during the video conference.

    C.    Counsel are advised that although the Discovery Conference will take place on Zoom, all participants shall appear and conduct themselves as if it is proceeding in a courtroom, i.e., all participants must dress in appropriate courtroom attire.

2.    The parties must **email** (**not file**) a Joint Update to the Court (to efile_goddard@casd.uscourts.gov) by **August 5, 2026**. The joint update should include <u>one</u> of the following:

A.    Confirmation that the parties have resolved their disputes regarding the ESI Protocol; or

B.    Each side's position regarding each of their remaining disputes as to the ESI Protocol. The parties should also attach a red-lined version of the ESI Protocol, highlighting the sections with disagreement.

**IT IS SO ORDERED.**

Dated: June 4, 2026

_____
Honorable Allison H. Goddard
United States Magistrate Judge