WILLIAM M. LOW (Bar No. 106669)
wlow@higgslaw.com
KYLE W. NAGEOTTE (Bar No. 285599)
nageottek@higgslaw.com
KATHRYN CALLAGHAN (Bar No. 340145)
callaghank@higgslaw.com
JUSTIN T. CARTER (Bar No. 356703)
carterj@higgslaw.com
HIGGS FLETCHER & MACK LLP
401 West A Street, Suite 2600
San Diego, California 92101-7910
Telephone:   (619) 236-1551
Facsimile:   (619) 696-1410

Attorneys for Defendant
PROGENESIS, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JODY CRUZ, MICHELLE ROBICHAUX, BRETT PLOWFIELD, ALEXIS VASTARDIS, and ANNA RINALDI, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PROGENESIS, INC.,<br><br>Defendant. | Case No. 3:24-cv-01789-BJC-AHG<br><br>**JOINT STATUS REPORT**<br><br>JUDGE:    Hon. Allison H. Goddard<br>CTRM:    3A |

Pursuant to the June 7, 2026, Tentative Order regarding Progenesis, Inc.'s Motions to Quash Subpoenas issued by Plaintiffs to non-parties Maven Clinic Co. and Progyny, Inc, Plaintiffs Jody Cruz, Michelle Robichaux, Brett Plowfield, Alexis Vastardis and Anna Rinaldi ("Plaintiffs") jointly with Defendant Progenesis, Inc. ("Defendant") (together, the "Parties"), by and through their attorneys of record, hereby provide a joint status report and state as follows:

/ / /

/ / /

1.    The Parties have met and conferred and agreed to a modified and narrowed subpoena for the above-mentioned non-parties.

2.    The Parties agree further briefing regarding the Motions to Quash is not necessary given the agreed-upon narrowed scope of the subpoenas.

3.    The Parties have also met and conferred and agreed to modify the existing protective order to include third party subpoenas.

4.    The modified proposed protective order and a motion to enter same will be filed separately.

*Respectfully submitted*,

Dated:  June 16, 2026        HIGGS FLETCHER & MACK LLP

By:    */s/ Kyle W. Nageotte*
WILLIAM M. LOW
KYLE W. NAGEOTTE
KATHRYN CALLAGHAN
JUSTIN T. CARTER
Attorneys for Defendant
PROGENESIS, INC.

Dated: June 16, 2026        By:    */s/ Allison S. Freeman*
Allison S. Freeman*
Florida Bar No. 69539
CONSTABLE LAW, P.A.
139 6th Avenue S
Safety Harbor, Florida 34695
Telephone: (727) 797-0100
Email: allison@constable-law.com

Sophia M. Rios (SBN 305801)
**BERGER MONTAGUE PC**
8241 La Mesa Blvd., Suite A
La Mesa, CA 91942
Tel: (619) 489-0300
Email: srios@bm.net

HIGGS FLETCHER &
MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

13722186.1        2        Case No. 3:24-cv-01789-BJC-AHG

JOINT STATUS REPORT

Shanon J. Carson*
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel.:        (215) 875-3000
Email: scarson@bm.net

Paula S. Bliss*
MA BBO # 352361
JUSTICE LAW COLLABORATIVE LLC
210 Washington St.
No. Easton, MA 02356
Telephone : (508) 230-2700
paula@justicelc.com

*admitted pro hac vice

Attorneys for Plaintiffs

HIGGS FLETCHER &
MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

13722186.1                                    3                    Case No. 3:24-cv-01789-BJC-AHG

JOINT STATUS REPORT

## <u>SIGNATURE CERTIFICATION</u>

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Allison S. Freeman, counsel for Plaintiffs, and that I have obtained authorization to affix her electronic signature to this document.

*/s/ Kyle W. Nageotte*
KYLE W. NAGEOTTE
