Allison S. Freeman (admitted pro hac vice)
CONSTABLE LAW P.A.
139 6th Avenue S
Safety Harbor, FL 34695
Tel: 727-797-0100
Email: allison@constable-law.com

(*counsel continued on following pages*)

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JODY CRUZ, MICHELLE ROBICHAUX, BRETT PLOWFIELD, ALEXIS VASTARDIS, and ANNA RINALDI, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PROGENESIS, INC.,<br><br>Defendant. | Case No. 3:24-cv-01789-BJC-AHG<br><br>**JOINT MOTION FOR MODIFIED PROTECTIVE ORDER**<br><br>JUDGE:    Hon. Allison H. Goddard<br>CTRM:     3A |

Plaintiffs JODY CRUZ, MICHELLE ROBICHAUX, BRETT PLOWFIELD, ALEXIS VASTARDIS and ANNA RINADLI and Defendant PROGENESIS, INC. jointly move for entry of the agreed upon Modified Protective Order, attached hereto as Exhibit A.

Dated: June 22, 2026

*Respectfully submitted*,

/s/ Allison S. Freeman
Allison S. Freeman*
Florida Bar No. 69539
CONSTABLE LAW, P.A.
139 6th Avenue S
Safety Harbor, Florida 34695
Telephone: (727) 797-0100
Email: allison@constable-law.com

JOINT MOTION FOR MODIFIED PROTECTIVE ORDER

Sophia M. Rios (SBN 305801)
**BERGER MONTAGUE PC**
8241 La Mesa Blvd., Suite A
La Mesa, CA 91942
Tel: (619) 489-0300
Email: srios@bm.net

Shanon J. Carson*
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel.:  (215) 875-3000
Email: scarson@bm.net

Paula S. Bliss*
MA BBO # 352361
JUSTICE LAW COLLABORATIVE LLC
210 Washington St.
No. Easton, MA 02356
Telephone : (508) 230-2700
paula@justicelc.com
*admitted pro hac vice

Attorneys for Plaintiffs

Dated:  June 22, 2026

*/s/ Kyle W. Nageotte*
WILLIAM M. LOW
KYLE W. NAGEOTTE
KATHRYN CALLAGHAN
JUSTIN T. CARTER

Attorneys for Defendant
PROGENESIS, INC.

JOINT MOTION FOR MODIFIED PROTECTIVE ORDER

# <u>SIGNATURE CERTIFICATION</u>

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Kyle W. Nageotte, counsel for Defendant, and that I have obtained Mr. Nageotte's authorization to affix his electronic signature to this document.

Dated: June 22, 2026

*/s/ Allison S. Freeman*
Allison S. Freeman (admitted pro hac vice)
Florida Bar No. 69539
CONSTABLE LAW, P.A.
139 6th Avenue S
Safety Harbor, Florida 34695
Telephone: (727) 797-0100
Email: allison@constable-law.com

JOINT MOTION FOR MODIFIED PROTECTIVE ORDER